1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| MICHAEL WALKER | Case No. CV 08-4707 PJW |
|---|---|
| Plaintiff, | **JUDGMENT ON VERDICT** |
| v. | |
| STEVEN MOODY and ROBERT PULIDO, | |
| Defendants. | |

On February 2, 2010, the foregoing matter was called for trial in Courtroom 827-B of the United States District Court for the Central District of California, Magistrate Judge Patrick J. Walsh, Presiding. The parties answered ready for trial. A panel of eight jurors was called and sworn.

The cases was tried to the jury on February 3, 4, 5, and 8 and 9, and the case was then submitted to the jury for deliberation.

On February 11, 2010, the jury returned a unanimous verdict as follows:

**Question No. 1:**

Did defendant Steven Moody violated plaintiff Michael Walker's constitutional rights by withholding or concealing evidence that tended to show that plaintiff was innocent of the criminal charges against him?

Yes __X__   No ___

Please answer the next question.

**Question No. 2:**

Did defendant Robert Pulido violate plaintiff Michael Walker's constitutional rights by withholding or concealing evidence that tended to show that plaintiff was innocent of the criminal charges against him?

Yes __X__   No ___

Please answer the next question.

**Question No. 3:**

Did defendant Steven Moody violate plaintiff Michael Walker's constitutional rights by causing him to be maliciously prosecuted?

Yes ___   No __X__

Please answer the next question.

**Question No. 4:**

Did defendant Robert Pulido violate plaintiff Michael Walker's constitutional rights by causing him to be maliciously prosecuted?

Yes ___   No __X__

If you answered all the foregoing questions "No," the presiding juror should date and sign this form. If you answered any one of the foregoing questions "Yes," please answer the following question.

**Question No. 5**

We award plaintiff compensatory damages in the sum of:

$<u>106,000.00</u>

If you answered Question No. 1 and/or Question No. 3 "Yes," please answer Question No. 6.

If you answered Question No. 2 and/or Question No. 4 "Yes," please answer Question No. 7.

**Question No. 6**

We assess punitive damages against defendant Steven Moody in the amount set forth below, or we have left the line blank if we determined that no punitive damages should be assessed:

$_____

**Question No. 7**

We assess punitive damages against defendant Robert Pulido in the amount set forth below, or we have left the line blank if we determined that no punitive damages should be assessed:

$_____

The presiding juror should date and sign this form.

Dated: <u>February 11, 2010</u>

_____/S/_____<br>Presiding Juror

- 3 -

## ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment be entered in favor of plaintiff Michael Walker, in accordance with the jury's verdict, in the sum of $106,000.00, plus interest accrued, and against defendants Steven Moody and Robert Pulido; and that plaintiff Michael Walker, as the prevailing party in accordance with the jury's verdict, this 42 U.S.C. § 1983 action, may be entitled to recover his attorneys' fees and costs reasonably incurred in prosecuting this action in accordance with 42 U.S.C. § 1988, and the Federal Rules of Civil Procedure and the U.S. Central District Local Rules.

Dated: February 16, 2010

*/s/ Patrick J. Walsh*
Honorable Patrick J. Walsh
United States Magistrate Judge

-4-